IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHANIE M. HOOPER,                          Case No. 07-873-HO

       Plaintiff,                         JUDGMENT

  v.

Commissioner of Social Security,

       Defendant,

    The decision of the Commissioner is reversed.  This matter is remanded to the Appeal Council for remand to the administrative law judge for further proceedings.

    DATED this ___25th___ day of September, 2008.

                                                                _s/ Michael R. Hogan_
                                                United States District Judge