FILED '08 OCT 28 16:58 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

STEPHANIE M. HOOPER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

Civil No. 07-873-HO

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $6102.52 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: 10/28, 2008.

Hon. Michael R. Hogan
United States. District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff